**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**WILLIAM R. RIDDELL,**

    **Plaintiff,**

v.                                             Case No.  8:05-cv-998-T-30TGW

**DEPARTMENT OF VETERAN**
**AFFAIRS, et al.,**

    **Defendants.**
_____/

## **ORDER**

    THIS CAUSE comes before the Court upon Plaintiff's "Motion/Discovery" (Dkt. # 3), which primarily consists of a Case Management Report unilaterally completed by the Plaintiff.  Pursuant to Local Rule 3.05(c)(2), the parties are directed to meet within 60 days after service of the complaint or the first appearance of any defendant, for the purpose of preparing and filing the Case Management Report.  The Case Management Report then must be filed within 14 days after the meeting.

    It is therefore ORDERED AND ADJUDGED that:

1.      The Clerk is directed to STRIKE Plaintiff's "Motion/Discovery" (Dkt. # 3).
2.      Plaintiff is ordered to complete and submit the Case Management Report in coordination with the Defendants as required by Local Rule 3.05(c)(2).

    **DONE** and **ORDERED** in Tampa, Florida on July 13, 2005.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-998.strike unilateral cmr.wpd