UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WILLIAM R. RIDDELL,**

    **Plaintiff,**

**v.**                                                                          Case No.  8:05-cv-998-T-30TGW

**DEPARTMENT OF VETERAN AFFAIRS,**
**et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Reply to Court's Order to Show Cause for Failure to Serve Defendants (Dkt. # 7).  Plaintiff asserts in his reply that he properly served the Defendants by mailing copies of this action to the Department of Veteran's Affairs Regional Office in St. Petersburg, Florida, and the Department of Veteran's Affairs Central Office in Washington, D.C.  However, Plaintiff's actions are insufficient to satisfy the service of process requirements outlined in Rule 4, Fed.R.Civ.P.  Specifically, Rule 4(i)(1) states, in part:

> **(i) Serving the United States, Its Agencies, Corporations, Officers, or Employees.**
>
> (1) Service upon the United States shall be effected
>
>     (A) by delivering a copy of the summons and of the complaint to the United States attorney for the district in which the action is brought or to an assistant United States attorney or clerical employee designated by the United States attorney in a writing filed with the clerk of the court or by sending a copy of

the summons and of the complaint by registered or certified mail addressed to the civil process clerk at the office of the United States attorney and

     (B) by also sending a copy of the summons and of the complaint by registered or certified mail to the Attorney General of the United State at Washington, District of Columbia . . .

It is therefore ORDERED AND ADJUDGED that:

1.     Plaintiff shall have thirty (30) days to properly effectuate service upon the Defendants and to file proof of service with this Court

2.     Failure to properly serve the Defendants and to file proof of service with this Court within thirty (30) days shall result in the immediate dismissal of Plaintiff's complaint.

**DONE** and **ORDERED** in Tampa, Florida on December 9, 2005.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-998.failure to serve.wpd