**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**WILLIAM R. RIDDELL,**

    **Plaintiff,**

v.     Case No.  8:05-cv-998-T-30TGW

**DEPARTMENT OF VETERAN AFFAIRS,
et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Notice of Filing Summons to be Served by a United States Marshal Pursuant to Rule 4, Federal Rules of Civil Procedure (Dkt. #9) filed on January 12, 2006.  The Court, having considered the motion and being otherwise fully advised, finds that Plaintiff's motion should be granted in part and denied in part.  Plaintiff has not submitted summons in proper form for service and Plaintiff has not submitted proper payment for service by the U.S. Marshal.  Plaintiff may request a U.S. Marshal to serve a summons once Plaintiff has fulfilled the following actions: (1) Plaintiff must present an amended summons in proper form to the Clerk of Court for each defendant that Plaintiff seeks to serve, each summons must provide the name and physical address for each defendant (the Clerk will not provide this information), (2) Plaintiff must submit payment in the amount of $45.00 made payable to the U.S. Marshal for each summons that Plaintiff seeks to submit to be served by a U.S. Marshal, (3) additionally, all payments must

be submitted with Plaintiff's request for service, along with a copy of the summons and complaint. If Plaintiff has already served the United States by serving a copy of a summons issued by the Clerk and a copy of the complaint upon the United States Attorney for the Middle District of Florida, the United States Attorney of the United States at Washington, District of Columbia, and to the officer or agency at issue, as required under Rule 4(i), then Plaintiff should show proof of service of such summons and complaint upon the United States and its agents by filing with the Clerk copies of the return receipts of registered or certified mail.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Notice of Filing Summons to be Served by a United States Marshal Pursuant to Rule 4, Federal Rules of Civil Procedure (Dkt. #9) is GRANTED IN PART AND DENIED IN PART.

2. Plaintiff shall have thirty (30) days from the date of this order in which to effect service upon the Defendants.

**DONE** and **ORDERED** in Tampa, Florida on February 1, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-998.order service.frm