UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WILLIAM R. RIDDELL,**

    **Plaintiff,**

v.                                       Case No.  8:05-cv-998-T-30TGW

**DEPARTMENT OF VETERAN AFFAIRS,**
**et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

This cause comes before the Court *sua sponte*. This case was filed on May 26, 2005. A review of the file indicates that Plaintiff has failed to effectuate service upon the Defendants within the time permitted by Rule 4(m), Fed. R. Civ. P. and has failed to comply with this Court's Orders issued on December 9, 2005, (Dkt. #8) and February 1, 2006, (Dkt. #10). In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 22, 2006.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2005\05-cv-998.dismissal.wpd